UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNIOR ARGUETA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI MENDOTA,<br><br>　　　　Respondent. | No. 1:23-cv-0455 JLT EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 8, 10) |

　　　　Ricardo Reynso Rebollar is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent seeks dismissal of the petition. (Doc. 8.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 4, 2023, the magistrate judge found that "Petitioner has received the remedy he requested in his petition," and as a result "no case or controversy exists." (Doc. 10 at 2.) Therefore, the magistrate judge recommended Respondent's motion to dismiss be granted and the petition be dismissed as moot. (*Id.*) The Court served the Findings and Recommendations on Petitioner and notified him that any objections were to be filed within 30 days of the date of service.[1] (*Id.*) Petitioner has not filed objections, and the time for doing so expired.

---

[1] Although the Findings and Recommendations were signed on September 4, 2023, the document was docketed and served on September 5, 2023.

1

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 5, 2023 (Doc. 10) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 8) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

UNITED STATES DISTRICT JUDGE